**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **LINDA ADAMS, THOMAS ADAMS, DON** | ) | |
| **AINA, ROWENA AINA, MASOOD** | ) | |
| **AMIRSHAHPARI, NAHID AMIRSSHAHPARI,** | ) | |
| **HERBERT BATSON, SHEILA BATSON,** | ) | |
| **ROBERT BRIGGS, DONNA BRIGGS, THOMAS** | ) | |
| **BAILEY, SAMUEL BARKLEY, MAMIE** | ) | |
| **BARKLEY, DAVID CALLAWAY, CAROL** | ) | |
| **CALLAWAY, GREGORY CALLEIA, NANCY** | ) | |
| **CALLEIA, GREGORY CHANEY, VILENE** | ) | |
| **CHANEY, JOSE CRESPO, SARA CRESPO,** | ) | |
| **ROBERT CRAWFORD, CONAL CASSIDY,** | ) | **Cause Number: _____** |
| **BERNADETTE CASSIDY, PATRICIA DABNEY,** | ) | |
| **SUSAN DARGAN, THOMAS DARGAN, DAVID** | ) | |
| **DEBO, KIMBERLY DEBO, THOMAS DIXON,** | ) | |
| **LISA DIXON, KATHLEEN** | ) | |
| **DOCKERY, SANDRA DOTTOLO, JOSEPH** | ) | |
| **DYMALE, RENE DYMALE, WALTER EARL,** | ) | |
| **KAREN EARL, GREGORY EBBENGA,** | ) | |
| **CHRISTINE EBBENGA, BENJAMIN EVANS,** | ) | |
| **ANITA EVANS, WALTER EGAN, JANICE** | ) | |
| **EGAN, ROYCE FARRIS, CAROLYN FARRIS,** | ) | |
| **WILLIAM GEEGAN, CAROL GEEGAN,** | ) | |
| **STEPHANY GIST, CAROLYN GLOVER,** | ) | |
| **ROBERT GLOVER, JOHN GURNISH, REBECCA** | ) | |
| **GURNISH, MARVIN GERJETS, AUDREY** | ) | |
| **GERJETS, KEVIN HANSEN, ELLEN HANSEN,** | ) | |
| **CAROLYN HART, ELIZABETH HARTMAN,** | ) | |
| **PATRICK HATFIELD, HAROLD HAYES,** | ) | |
| **JANICE HAYES, BRENDA HAUGEN,    JIMMY** | ) | |
| **JAYNES, SUSAN JAYNES, PATRICIA** | ) | |
| **KIEFFER, GEORGE KIEFFER, MARJORIE** | ) | |
| **LANCASTER, FREDERICK LANCASTER, LON** | ) | |
| **LEDVINA, DANIELE LEDVINA, MARTHA** | ) | |
| **LOFTUS, SHARON KAFFERLIN, LINCOLN** | ) | |
| **KAHCLAMAT, JOYCE KAHCLAMAT, KENYON** | ) | |
| **KERSH, CYNTHIA KERSH, DAVID KERR,** | ) | |
| **JANETTE KERR, SAMUEL KOLB, ANGILENA** | ) | |
| **KOLB, HENRY KNOX, LAURA KNOX, JOSEPH** | ) | |
| **LANDFAIR, ALLEN LANDFAIR, DANIEL LEM,** | ) | |
| **ANNIE LEM, WILLIAM MARONEY, LINDA** | ) | |
| **MARONEY, BERNELL MAPP, AMY MAPP,** | ) | |
| **ROBERT MCARTHUR, SUSAN MCARTHUR,** | ) | |

**JOHN MILLSAP, VIGINIA JOHNSON-MILLSAP,** )
**JOSEPH NELSON JR., BEATRICE NELSON,** )
**WILLIAM NEVEL, RUSSELL NICHOLS, JUDITH** )
**NIEMIROSKI, BARNEY NEWSOME, CAROLYN** )
**NEWSOME, KEITH O'NEAL, CHERYL O'NEAL,** )
**FRELING SCARBOROUGH III, MELINDA** )
**SCARBOROUGH, EDWARD SCHEIBE, PATRICIA** )
**SCHEIBE, THOMAS HARTMAN, MONIKA** )
**HARTMAN, KIMBERLY HICKMAN, JOSEPH** )
**HOENIG, NICOLE HOENIG, TIMOTHY HUNTT,** )
**YVONNE HUNTT, JAMES HUGHS, DONNA,** )
**HUGHS, BRADLEY LOMAX, KAREN LOMAX,** )
**ONA LANDER, WALTER LANDER, JOE** )
**MICHENFELDER, SHARON MICHENFELDER,** )
**DEANNA MCKELVIE, JESSICA OWENS, TERESA** )
**OWENS, GREGORIO PADILLA, MARIA PADILLA,** )
**DIANE MILLER, VIRGIL MILLER, SHARON** )
**MILLER, JAMES SCOTT, ELIZABETH SCOTT,** )
**HERMAN SHIVERS, KAREN SHIVERS, HERMAN** )
**PLATT, VICTOR PAREDES, JAMES PETERS,** )
**JANICE PETERS, BEN PICKLES, JUANITA** )
**PICKLES, EDWIN PLUNKETT, SHARLENE** )
**PLUNKETT, LANNY PHELPS, CAROLYN** )
**PHELPS, JOHN PRICE, ANNA PRICE, KERRY** )
**PLANTENGA, JOYCE PLANTENGA, NORMAD** )
**RHEAUME, CATHERINE RHEAUME, FE LYNDIE** )
**MAY SARNO, LARRY SOUTH, JEANNE SOUTH** )
**SHAWHAN, CRAIG SMITH, RONALD ROMERO,** )
**JUDY ROMERO, DELFORD RALPHS, CHARLIE** )
**ROUNDTREE, PENELOPE ROUNDTREE,** )
**WILLLIAM TAMS, SANDRA TAMS, REBECCA** )
**THOMAS, JERRY THOMAS, RICHARD STOLL,** )
**KEREEN STOLL, JUDY STEELE, TERESA** )
**STRICKLAND, YVONNE WALLACE, HUNTLEY** )
**WALLACE, JIMMIE TRAYLOR, BETTEY** )
**TRAYLOR, RICH TROUTMAN, DEBRA** )
**TROUTMAN, MARLENE TUCKER, KENT** )
**WILLIS, RHONDA WILLIS, CARL WILSON,** )
**LILLIAN WILSON, ARTHUR WILLOCK, EDITH** )
**YASUI, BEATRICE YASUI, JAMES WILLIAMS,** )
**MARY KAYE WILLIAMS, MICHAEL BATZ,** )
**KAREN BATZ, and MARY WOOD** )
)
**ALL IN THEIR CAPACITY AS BENEFICIARIES** )
**OF THE FAIRSHARE VACATION PLAN USE** )
**MANAGEMENT TRUST AS AMENDED AND** )

RESTATED ON MARCH 14, 2008, FURTHER          )
AMENDED ON MARCH 16, 2009 AND ON             )
FEBRUARY 15, 2010.                           )
                                             )
                                             )
                                             )
        PETITIONERS,          )
                                             )
                                             )
vs.                                          )
                                             )
TRUSTEE TERRI DOST, IN HER CAPACITY AS       )
THE TRUSTEE OF THE FAIRSHARE VACATION        )
PLAN USE MANAGEMENT TRUST AS AMENDED         )
AND RESTATED ON MARCH 14, 2008, AND          )
FURTHER AMENDED ON MARCH 16, 2009            )
AND ON FEBRUARY 15, 2010.                    )
                                             )
     SERVE:                             )
         Trustee Terri Dost           )
         Fairshare Vacation Owners Assoc.   )
         8427 South Park Circle       )
         Orlando, Florida  32819      )
                                             )
and,                                         )
                                             )
                                             )
                                             )
WYNDHAM VACATION RESORTS, INC.               )
                                             )
                                             )
     SERVE:                             )
         Gary T. Byrd                 )
         Executive Vice President      )
         Wyndham Vacation Resorts, Inc.   )
         Office of the General Counsel )
         8427 South Park Circle       )
         Orlando, Florida  32819      )
                                             )
                                             )
     RESPONDENTS.                       )        JURY TRIAL DEMANDED

### COMPLAINT FOR AN ACCOUNTING OF AND ENFORCEMENT OF THE SECOND AMENDED AND RESTATED FAIRSHARE VACATION USE MANAGEMENT TRUST AGREEMENT DATED MARCH 14, 2008

### Nature of this Case

The above Petitioners are qualified beneficiaries of the Fairshare Vacation Plan Use Management Trust and bring this action for an accounting of the Faisrhare Vacation Plan Use Management Trust and enforcement of the Second Amended and Restated Fairshare Vacation Plan Use Management Trust Agreement dated March 14, 2008 (herewith enclosed as Exhibit A and referred to  hereafter in this Complaint as the "Trust Agreement"), and the First Amendment to the Second Amended and Restated Fairshare Vacation Plan Use Management Trust Agreement dated March 16, 2009 (herewith enclosed as Exhibit B and referred to hereafter in this Complaint as the "First Amendment"), and the Second Amendment to the Second Amended and Restated Fairshare Vacation Plan Use Management Trust Agreement dated February 15, 2010 (herewith enclosed as Exhibit C and referred to hereafter in this Complaint as the "Second Amendment), and bring this action against the Trustee of the Fairshare Vacation Plan Use Management Trust for failing to account to the beneficiaries, and against the Trustee of the Fairshare Vacation Plan Use Management Trust and one corporation, Wyndham Vacation Resorts, Inc., for acting in concert to raise the maintenance fees the beneficiaries pay to manage the Fairshare Vacation Plan Use Management Trust properties, and for acting in concert to frustrate, limit, and deny the beneficiaries use of the Fairshare Vacation Plan Use Management Trust properties through the operation of the third-party reservation

system used to make reservations to occupy the Fairshare Vacation Plan Use Management Trust properties.

**Parties to this Action:**

**Petitioners**

1.      Thomas and Linda Adams are natural persons residing in and domiciled in St. Louis, Missouri.

2.      Thomas and Linda Adams are the legal and rightful owners of a timeshare interest, Membership Number 000201902094, in Wyndham Vacation Resorts, Inc.

3.      As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Thomas and Linda Adams are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

4.      Don and Rowena Aina are natural persons residing in and domiciled in Forest Grove, Oregon.

5.      Don and Rowena Aina are the legal and rightful owners of a timeshare interest, Membership Number 00203562734, in WorldMark.

6.      As a result of their ownership interest in WorldMark, Don and Rowena Aina are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

7.      Masood and Nahid Amirshahpari are natural persons residing in and domiciled in Overland Park, Kansas.

8.      Masood and Nahid Amirshahpari are the legal and rightful owners of a timeshare interest, Membership number 47002878, in WorldMark.

9.      As a result of their ownership interest in WorldMark, Masood and Nahid Amirshahpari are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

10.     Herbert and Sheila Batson are natural persons residing in and domiciled in Loveland, Colorado.

11.     Herbert and Sheila Batson are the legal and rightful owners of a timeshare interest, Membership number 00201720329, in WorldMark.

12.     As a result of their ownership interest in WorldMark, Herbert and Sheila Batson are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

13.     Robert and Donna Briggs are natural persons residing in and domiciled in Wilmington, Delaware.

14.     Robert and Donna Briggs are the legal and rightful owners of a timeshare interest, Membership number 00203466924, in Wyndham Vacation Resorts, Inc.

15.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Robert and Donna Briggs are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

16.     Thomas Bailey is a natural person residing in and domiciled in Matthews, North Carolina.

17.     Thomas Bailey is the legal and rightful owner of a timeshare interest, Membership number 00010216394, in Wyndham Vacation Resorts, Inc.

18.     As a result of his ownership interest in Wyndham Vacation Resorts, Inc., Thomas Bailey is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

19.     Samuel and Mamie Barkley are natural persons residing in and domiciled in Tacoma, Washington.

20.     Samuel and Mamie Barkley are the legal and rightful owners of a timeshare interest, Membership number 00001022300, in WorldMark.

21.     As a result of their ownership interest in WorldMark, Samuel and Mamie Barkley are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

22.     David and Carol Callaway are natural persons residing in and domiciled in Montclair, California.

23.     David and Carol Callaway are the legal and rightful owners of a timeshare interest, Membership number 00201538624, in WorldMark, The Club.

24.     As a result of their ownership interest in WorldMark, The Club. David and Carol Callaway are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

25.     Gregory and Nancy Calleia are natural persons residing in and domiciled in Chicago, Illinois.

26.     Gregory and Nancy Calleia are the legal and rightful owners of a timeshare interest, Membership number 00203416075, in Wyndham Vacation Resorts, Inc.

27. As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Gregory and Nancy Calleia are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

28. Gregory and Vilene Chaney are natural persons residing in and domiciled in Hayden, Idaho.

29. Gregory and Vilene Chaney are the legal and rightful owners of a timeshare interest, Membership number 58-0241628, in WorldMark.

30. As a result of their ownership interest in WorldMark, Gregory and Vilene Chaney are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

31. Jose and Sara Crespo are natural persons residing in and domiciled in Burlington, New Jersey.

32. Jose and Sara Crespo are the legal and rightful owners of timeshare interests, with Membership numbers 000721709467, 000641768338 and 00202459516, in Wyndham Vacation Resorts, Inc.

33. As a result of their ownership interest in Wyndham Vacation Resorts, Inc. Jose and Sara Crespo are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

34. Robert Crawford is a natural person residing in and domiciled in Pleasanton, California.

35. Robert Crawford is the legal and rightful owner of timeshare interests, Member number 301289, in Wyndham Vacation Resorts, Inc.

36.     As a result of his ownership interest in Wyndham Vacation Resorts, Inc., Robert Crawford is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

37.     Conal and Bernadette Cassidy are natural persons residing in and domiciled in Tucson, Arizona.

38.     Conal and Bernadette Cassidy are the legal and rightful owners of a timeshare interest, Membership number 00201971776, in Wyndham Vacation Resorts, Inc. and Member number 00032002354, in WorldMark, The Club.

39.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc. and WorldMark, The Club, Conal and Bernadette Cassidy are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

40.     Patricia Dabney is a natural person residing in and domiciled in Highland Springs, Virginia.

41.     Patricia Dabney is the legal and rightful owner of a timeshare interest, Membership number 00203311547, in Ocean Towers Beach Club.

42.     As a result of her ownership interest in Ocean Towers Beach Club, Patricia Dabney is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

43.     Thomas and Susan Dargan are natural persons residing in and domiciled in Weymouth, Massachusetts.

44.     Thomas and Susan Dargan are the legal and rightful owners of a timeshare interest, Membership number 1-2349, in Wyndham Vacation Resorts, Inc.

45.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Thomas and Susan Dargan are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

46.     David and Kimberly Debo are natural persons residing in and domiciled in Huntingdon, Pennsylvania.

47.     David and Kimberly Debo are the legal and rightful owners of a timeshare interest, Membership number 00010269492, in Wyndham Vacation Resorts, Inc.

48.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., David and Kimberly Debo are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

49.     Thomas and Lisa Dixon are natural persons residing in and domiciled in Greensboro, North Carolina.

50.     Thomas and Lisa Dixon are the legal and rightful owners of a timeshare interest, Membership number 00017713794, in Wyndham Grand Desert.

51.     As a result of their ownership interest in Wyndham Grand Desert, Thomas and Lisa Dixon are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

52.     Kathleen Dockery is a natural person residing in and domiciled in Hot Springs, Arkansas.

53.     Kathleen Dockery is the legal and rightful owner of a timeshare interest, Membership number 00020-1605359, in Club Wyndham Plus.

54.     As a result of her ownership interest in Club Wyndham Plus, Kathleen Dockery is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

55.     Sandra Dottolo is a natural person residing in and domiciled in Reserve, Louisiana.

56.     Sandra Dottolo is the legal and rightful owner of a timeshare interest, Membership number 00201675798, in Wyndham Vacation Resorts, Inc.

57.     As a result of her ownership interest in Wyndham Vacation Resorts, Inc., Sandra Dottolo is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

58.     Joseph and Rene Dymale are natural persons residing in and domiciled in Converse, Texas.

59.     Joseph and Rene Dymale are the legal and rightful owners of a timeshare interest, Membership number 00203559191, in Club Wyndham Nashville.

60.     As a result of their ownership interest in Club Wyndham Nashville, Joseph and Rene Dymale are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

61.     Walter and Karen Earl are natural persons residing in and domiciled in Mount Joy, Pennsylvania.

62.     Walter and Karen Earl are the legal and rightful owners of a timeshare interest, Membership number 00202383600, in Wyndham Vacation Resorts, Inc.

63.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Walter and Karen Earl are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

64.     Gregory and Christine Ebbenga are natural persons residing in and domiciled in Henderson, Nevada.

65.     Gregory and Christine Ebbenga are the legal and rightful owners of a timeshare interest, Membership number 00201497124, in Wyndham Vacation Resorts, Inc.

66.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Gregory and Christine Ebbenga are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

67.     Benjamin and Anita Evans are natural persons residing in and domiciled in Woodbridge, Virginia.

68.     Benjamin and Anita Evans are the legal and rightful owners of a timeshare interest, Membership number 00010064733, in Wyndham Kingsgate.

69.     As a result of their ownership interest in Wyndham Kingsgate, Benjamin and Anita Evans are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

70.     Walter and Janice Egan are natural persons residing in and domiciled in Greenville, Michigan.

71.     Walter and Janice Egan are the legal and rightful owners of a timeshare interest, Membership number 00203183402, in Wyndham Vacation Resorts, Inc.

72.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Walter and Janice Egan are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

73.     Royce and Carolyn Farris are natural persons residing in and domiciled in Sparta, Tennessee.

74.     Royce and Carolyn Farris are the legal and rightful owners of a timeshare interest, Membership number 00201532683, in Wyndham Smoky Mountains.

75.     As a result of their ownership interest in Wyndham Smoky Mountains, Royce and Carolyn Farris are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

76.     William and Carol Geegan are natural persons residing in and domiciled in Hometown, Illinois.

77.     William and Carol Geegan are the legal and rightful owners of a timeshare interest, Membership number 000261512941, in Wyndham Vacation Resorts, Inc.

78.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., William and Carol Geegan are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

79.     Stephany Gist is a natural person residing in and domiciled in Fort Washington, Maryland.

80.     Stephany Gist is the legal and rightful owner of a timeshare interest, Membership number 000261320501, in Wyndham Vacation Resorts, Inc.

81.     As a result of her ownership interest in Wyndham Vacation Resorts, Inc., Stephany Gist is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

82.     Robert and Carolyn Glover are natural persons residing in and domiciled in Springfield, Missouri.

83.   Robert and Carolyn Glover are the legal and rightful owners of a timeshare interest, Membership number 000640959458, in Club Wyndham Bonnet Creek.

84.   As a result of their ownership interest in Club Wyndham Bonnet Creek, Robert and Carolyn Glover are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

85.   Kevin and Ellen Hansen are natural persons residing in and domiciled in Coeur d'Alene, Idaho.

86.   Kevin and Ellen Hansen are the legal and rightful owners of a timeshare interest, Membership number 00014014368, in WorldMark.

87.   As a result of their ownership interest in WorldMark, Kevin and Ellen Hansen are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

88.   John and Rebecca Gurnish are natural persons residing in and domiciled in Mogadore, Ohio.

89.   John and Rebecca Gurnish are the legal and rightful owners of timeshare interests, Membership number 0000681807483, in Wyndham Grand Desert; Membership number 000261435838, in Margaritaville Vacation Club by Wyndham.

*90.*   As a result of their ownership interest in Wyndham Grand Desert, and Margaritaville Vacation Club by Wyndham, John and Rebecca Gurnish are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

91.   Marvin and Audrey Gerjets are natural persons residing in and domiciled in Cedar Rapids, Iowa.

92.     Marvin and Audrey Geriets are the legal and rightful owners of a timeshare interest, Membership number 000201823986, in Wyndham Vacation Resorts, Inc.

93.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Marvin and Audrey Gerjets are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

94.     Carolyn Hart is a natural person residing in and domiciled in Brewster, New York.

95.     Carolyn Hart is the legal and rightful owner of a timeshare interest, Membership number 00203640579, in Club Wyndham Royal Sea Cliff Kona.

96.     As a result of her ownership interest in Club Wyndham Royal Sea Cliff Kona, Carolyn Hart is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

97.     Elizabeth Hartman is a natural person residing in and domiciled in Elkhart, Indiana.

98.     Elizabeth Hartman is the legal and rightful owner of a timeshare interest, Membership number 00201918679, in Wyndham Vacation Resorts, Inc.

99.     As a result of her ownership interest in Wyndham Vacation Resorts, Inc., Elizabeth Hartman is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

100.    Patrick Hatfield is a natural person residing in and domiciled in Coeur d'Alene, Idaho.

101.    Patrick Hatfield is a legal and rightful owner of a timeshare interest, Membership number 00201567322, in WorldMark, The Club.

102.    As a result of his ownership interest in WorldMark, The Club. Patrick Hatfield is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

103.    Harold and Janice Hayes are natural persons residing in and domiciled in Meridian, Mississippi.

104.    Harold and Janice Hayes are the legal and rightful owners of a timeshare interest, Membership number 00044-1902980, in The Resort at Governor's Crossing.

105.    As a result of their ownership interest in The Resort at Governor's Crossing, Harold and Janice Hayes are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

106.    Brenda Haugen is a natural person residing in and domiciled in Grand Forks, North Dakota.

107.    Brenda Haugen is the legal and rightful owner of a timeshare interest, Membership number 00202288417, in Club Wyndham Bonnet Creek.

108.    As a result of her ownership interest in Club Wyndham Bonnet Creek, Brenda Haugen is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

109.    Jimmy and Susan Jaynes are natural persons residing in and domiciled in Phippsburg, Maine.

110.    Jimmy and Susan Jaynes are the legal and rightful owners of a timeshare interest, Membership number 00203247344, in Wyndham Vacation Resorts, Inc.

111.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Jimmy and Susan Jaynes are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

112.    George and Patricia Kieffer are natural persons residing in and domiciled in Granger, Indiana.

113.    George and Patricia Kieffer are the legal and rightful owners of a timeshare interest, Membership number 00010299874, in Wyndham Vacation Resorts, Inc.

114.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., George and Patricia Kieffer are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

115.    Frederick and Marjorie Lancaster are natural persons residing in and domiciled in Bryans Road, Maryland.

116.    Frederick and Marjorie Lancaster are the legal and rightful owners of a timeshare interest, Membership number 000741707939, in Club Wyndham La Belle Maison.

117.    As a result of their ownership interest in Club Wyndham La Belle Maison, Frederick and Marjorie Lancaster are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

118.    Lon and Daniele Ledvina are natural persons residing in and domiciled in Puyallup, Washington.

119.    Lon and Daniele Ledvina are the legal and rightful owners of a timeshare interest, Membership number 00001132184, in WorldMark, The Club.

120.    As a result of their ownership interest in WorldMark, The Club, Lon and Daniele Ledvina are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

121.    Martha Loftus is a natural person residing in and domiciled in Orangevale, California.

122.    Martha Loftus is the legal and rightful owner of a timeshare interest, Membership number 201462203, in Wyndham Vacation Resorts, Inc.

123.    As a result of her ownership interest in Wyndham Vacation Resorts, Inc., Martha Loftus is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

124.    Sharon Kafferlin is a natural person residing in and domiciled in Vancouver, Washington.

125.    Sharon Kafferlin is the legal and rightful owner of a timeshare interest, Membership number 80-2178, in Wyndham New Orleans – French Quarter.

126.    As a result of her ownership interest in Wyndham New Orleans – French Quarter, Sharon Kafferlin is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

127.    Lincoln and Joyce Kahclamat are natural persons residing in and domiciled in Wapato, Washington.

128.    Lincoln and Joyce Kahclamat are the legal and rightful owners of a timeshare interest, Membership number 00001020587, in WorldMark.

129. As a result of their ownership interest in WorldMark, Lincoln and Joyce Kahclamat are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

130. Kenyon and Cynthia Kersh are natural persons residing in and domiciled in Albany, Georgia.

131. Kenyon and Cynthia Kersh are the legal and rightful owners of a timeshare interest, Membership number 00170-1801841, in Wyndham Grand Desert.

132. As a result of their ownership interest in Wyndham Grand Desert, Kenyon and Cynthia Kersh are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

133. David and Janette Kerr are natural persons residing in and domiciled in Waverly, Iowa.

134. David and Janette Kerr are the legal and rightful owners of a timeshare interest, Membership number 00203595724, in Club Wyndham Branson at The Meadows.

135. As a result of their ownership interest in Club Wyndham Branson at The Meadows, David and Janette Kerr are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

136. Samuel and Angilena Kolb are natural persons residing in and domiciled in Del City, Oklahoma.

137. Samuel and Angilena Kolb are the legal and rightful owners of a timeshare interest, Membership number 00203351136, in Club Wyndham Plus.

138.    As a result of their ownership interest in Club Wyndham Plus, Samuel and Angilena Kolb are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

139.    Henry and Laura Knox are natural persons residing in and domiciled in New Bern, North Carolina.

140.    Henry and Laura Knox are the legal and rightful owners of a timeshare interest, Membership number 00010187481, in Club Wyndham Kingsgate.

141.    As a result of their ownership interest in Club Wyndham Kingsgate, Henry and Laura Knox are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

142.    Joseph and Allen Landfair are natural persons residing in and domiciled in Starkville, Mississippi.

143.    Joseph and Allen Landfair are the legal and rightful owners of a timeshare interest, Membership number 00010578587, in Club Wyndham Plus.

144.    As a result of their ownership interest in Club Wyndham Plus, Joseph and Allen Landfair are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

145.    Daniel and Annie Lem are natural persons residing in and domiciled in Concord, California.

146.    Daniel and Annie Lem are the legal and rightful owners of a timeshare interest, Membership number 00011008132, in WorldMark and Membership number 00203193534, in Club Wyndham Plus.

147.    As a result of their ownership interest in WorldMark and Club Wyndham Plus. Daniel and Annie Lem are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

148.    William and Linda Maroney are natural persons residing in and domiciled in Sarver, Pennsylvania.

149.    William and Linda Maroney are the legal and rightful owners of a timeshare interest, Membership number 00203497062, in Club Wyndham Smoky Mountains and Barclay Towers.

150.    As a result of their ownership interest in Club Wyndham Smoky Mountains and Barclay Towers, William and Linda Maroney are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

151.    Bernell and Amy Mapp are natural persons residing in and domiciled in Montgomery, Alabama.

152.    Bernell and Amy Mapp are the legal and rightful owners of a timeshare interest, Membership number 00202670297, in Club Wyndham Bonnet Creek and Ocean Towers Resort.

153.    As a result of their ownership interest in Club Wyndham Bonnet Creek and Ocean Towers Resort, Bernell and Amy Mapp are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

154.    Robert and Susan McArthur are natural persons residing in and domiciled in Mount Holy, New Jersey.

155.    Robert and Susan McArthur are the legal and rightful owners of a timeshare interest, Membership number HIHI05452400, in Shell Vacations Club.

156.    As a result of their ownership interest in Shell Vacations Club, Robert and Susan McArthur are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

157.    John Millsap and Virginia Johnson-Millsap are natural persons residing in and domiciled in Kansas City, Missouri.

158.    John Millsap and Virginia Johnson-Millsap are the legal and rightful owners of a timeshare interest, Membership number 00201363448, in Club Wyndham Bonnet Creek.

159.    As a result of their ownership interest in Club Wyndham Bonnet Creek, John Millsap and Virginia Johnson-Millsap are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

160.    Joseph Nelson, Jr., and Beatrice Nelson are natural persons residing in and domiciled in Capital Heights, Maryland.

161.    Joseph Nelson, Jr., and Beatrice Nelson are the legal and rightful owners of a timeshare interest, Membership number 001631102878, in Club Wyndham National Harbor and Membership number 002241818921, in Club Wyndham Midtown 45.

162.    As a result of their ownership interest in Club Wyndham National Harbor and Club Wyndham Midtown 45, Joseph Nelson, Jr., and Beatrice Nelson are qualified beneficiaries of

the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

163.    William Nevel is a natural person residing in and domiciled in Pittsburgh, Pennsylvania.

164.    William Nevel is the legal and rightful owner of a timeshare interest, Membership number HIHI04137800, in Shell Vacations Club.

165.    As a result of his ownership interest in Shell Vacations Club, William Nevel is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

166.    Russell Nichols is a natural person residing in and domiciled in San Diego, California.

167.    Russell Nichols is the legal and rightful owner of a timeshare interest, Membership number 00201286127, in WorldMark.

168.    As a result of his ownership interest in WorldMark, Russell Nichols is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

169.    Judith Niemiroski is a natural person residing in and domiciled in Hamden, Connecticut.

170.    Judith Niemiroski the legal and rightful owner of a timeshare interest, Membership number 00999007024, in Wyndham Grand Desert and Club Wyndham Access.

171.    As a result of her ownership interest in Wyndham Grand Desert and Club Wyndham Access, Judith Niemiroski is the qualified beneficiary of the Second Amended and

Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

172.    Barney and Carolyn Newsome are natural persons residing in and domiciled in Prospect, Connecticut.

173.    Barney and Carolyn Newsome are the legal and rightful owners of a timeshare interest, Membership number 00203216918, in Wyndham National Harbor.

174.    As a result of their ownership interest in Wyndham National Harbor, Barney and Carolyn Newsome are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

175.    Keith and Cheryl O'Neal are natural persons residing in and domiciled in Princess Anne, Maryland.

176.    Keith and Cheryl O'Neal are the legal and rightful owners of a timeshare interest, Membership number 209-365465, in Club Wyndham Palm-Aire.

177.    As a result of their ownership interest in Club Wyndham Palm-Aire, Keith and Cheryl O'Neal are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

178.    Freling Scarborough III and Melinda Scarborough are natural persons residing in and domiciled in Glenwood, Georgia.

179.    Freling Scarborough III and Melinda Scarborough are the legal and rightful owners of a timeshare interest, Membership number 00010240091, in Wyndham Panama City Beach.

180.    As a result of their ownership interest in Wyndham Panama City Beach, Freling Scarborough III and Melinda Scarborough are qualified beneficiaries of the Second Amended

and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

181.    Edward and Patricia Scheibe are natural persons residing in and domiciled in New Bern, North Carolina.

182.    Edward and Patricia Scheibe are the legal and rightful owners of a timeshare interest, Membership number 00010131907, in Wyndham Vacation Resorts, Inc.

183.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Edward and Patricia Scheibe are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

184.    Thomas and Monika Hartman are natural persons residing in and domiciled in Wilmington, North Carolina.

185.    Thomas and Monika Hartman are the legal and rightful owners of a timeshare interest, Membership number 00203450216 in Wyndham Vacation Resorts, Inc.

186.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Thomas and Monika Hartman are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

187.    Kimberly Hickman is a natural person residing in and domiciled in Clinton, Maryland.

188.    Kimberly Hickman is the legal and rightful owner of a timeshare interest, Membership number 00203219923, in Wyndham Vacation Resorts, Inc.

189. As a result of her ownership interest in Wyndham Vacation Resorts, Inc., Kimberly Hickman is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

190. Joseph and Nicole Hoenig are natural persons residing in and domiciled in North Athens, Alabama.

191. Joseph and Nicole Hoenig are the legal and rightful owners of a timeshare interest, Membership number 00201789393, in Wyndham Vacation Resorts, Inc.

192. As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Joseph and Nicole Hoenig are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

193. Timothy and Yvonne Huntt are natural persons residing in and domiciled in Bryans Roads, Maryland.

194. Timothy and Yvonne Huntt are the legal and rightful owners of a timeshare interest, Membership number 00203601243, in Club Wyndham Smoky Mountains.

195. As a result of their ownership interest in Club Wyndham Smoky Mountains, Timothy and Yvonne Huntt are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

196. James and Donna Hughs are natural persons residing in and domiciled in Poestenkill, New York.

197. James and Donna Hughs are the legal and rightful owners of a timeshare interest, Membership number 8-8175, in Bentley Brook Resort.

198.    As a result of their ownership interest in Bentley Brook Resort, James and Donna Hughs are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

199.    Bradley and Karen Lomax are natural persons residing in and domiciled in Albany, Oregon.

200.    Bradley and Karen Lomax are the legal and rightful owners of a timeshare interest, Membership number 00009900899, in WorldMark.

201.    As a result of their ownership interest in WorldMark, Bradley and Karen Lomax are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

202.    Walter and Ona Lander are natural persons residing in and domiciled in Richland, Washington.

203.    Walter and Ona Lander are the legal and rightful owners of a timeshare interest, Membership number 00206-1400297, in Wyndham Palm Springs and Membership number 00020-1251766, in Club Wyndham Branson at The Meadows.

204.    As a result of their ownership interest in Wyndham Palm Springs and Club Wyndham Branson at The Meadows, Walter and Ona Lander are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

205.    Joe and Sharon Michenfelder are natural persons residing in and domiciled in Broken Arrow, Oklahoma.

206.    Joe and Sharon Michenfelder are the legal and rightful owners of a timeshare interest, Membership number is unknown, in Wyndham Vacation Resorts, Inc.

207.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Joe and Sharon Michenfelder are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

208.    DeAnna McKelvie is a natural person residing in and domiciled in Huntington Beach, California.

209.    DeAnna McKelvie is the legal and rightful owner of a timeshare interest, Membership number 3-10705, in Wyndham Ka'eo Kai.

210.    As a result of her ownership interest in Wyndham Ka'eo Kai, DeAnna McKelvie is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

211.    Jessica and Teresa Owens are natural persons residing in and domiciled in Portland, Oregon.

212.    Jessica and Teresa Owens are the legal and rightful owners of a timeshare interest, Membership number 00009005027, in WorldMark.

213.    As a result of their ownership interest in WorldMark, Jessica and Teresa Owens are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

214.    Gregorio and Maria Padilla are natural persons residing in and domiciled in Brownsville, Texas.

215.    Gregorio and Maria Padilla are the legal and rightful owners of a timeshare interest, Membership number 00201507101, in Wyndham Vacation Resorts, Inc.

216.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Gregorio and Maria Padilla are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

217.    Diane Miller is a natural person residing in and domiciled in Irvine, California.

218.    Diane Miller is the legal and rightful owner of a timeshare interest, Membership number 00016018963, in WorldMark.

219.    As a result of her ownership interest in WorldMark, Diane Miller is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

220.    Virgil and Sharon Miller are natural persons residing in and domiciled in Batesville, Arkansas.

221.    Virgil and Sharon Miller are the legal and rightful owners of a timeshare interest, Membership number 00201745336, in Wyndham Vacation Resorts, Inc.

222.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Virgil and Sharon Miller are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

223.    James and Elizabeth Scott are natural persons residing in and domiciled in Marietta, Georgia.

224.    James and Elizabeth Scott are the legal and rightful owners of a timeshare interest, Membership number 10129496, in Wyndham Club Access.

225.    As a result of their ownership interest in Wyndham Club Access, James and Elizabeth Scott are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

226.    Herman and Karen Shivers are natural persons residing in and domiciled in Florence, Arizona.

227.    Herman and Karen Shivers are the legal and rightful owners of a timeshare interest, Membership number 00010322967, in Wyndham Bonnet Creek Resort.

228.    As a result of their ownership interest in Wyndham Bonnet Creek Resort, Herman and Karen Shivers are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

229.    Herman Platt is a natural person residing in and domiciled in Reidsville, North Carolina.

230.    Herman Platt is the legal and rightful owner of a timeshare interest, Membership number 00010189063, in Wyndham National Harbor.

231.    As a result of his ownership interest in Wyndham National Harbor, Herman Platt is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

232.    Victor Paredes is a natural person residing in and domiciled in Fontana, California.

233.    Victor Paredes is the legal and rightful owner of a timeshare interest, Membership number 00014001551, in WorldMark.

234.    As a result of his ownership interest in WorldMark, Victor Paredes is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

235.    James and Janice Peters are natural persons residing in and domiciled in St. Peters, Missouri.

236.    James and Janice Peters are the legal and rightful owners of a timeshare interest, Membership number 0000494807, in Wyndham Club Access.

237.    As a result of their ownership interest in Wyndham Club Access, James and Janice Peters are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

238.    Ben and Juanita Pickles are natural persons residing in and domiciled in Vallejo, California.

239.    Ben and Juanita Pickles are the legal and rightful owners of a timeshare interest, Membership number 0020107711, in WorldMark.

240.    As a result of their ownership interest in WorldMark, Ben and Juanita Pickles are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

241.    Edwin and Sharlene Plunkett are natural persons residing in and domiciled in Santa Maria, California.

242.    Edwin and Sharlene Plunkett are the legal and rightful owners of a timeshare interest, Membership number 390646859, in WorldMark.

243.    As a result of their ownership interest in WorldMark, Edwin and Sharlene Plunkett are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

244.    Lanny and Carolyn Phelps are natural persons residing in and domiciled in Salem, Kentucky.

245.    Lanny and Carolyn Phelps are the legal and rightful owners of a timeshare interest, Membership number 00201497124, in Wyndham Vacation Resorts, Inc.

246. As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Lanny and Carolyn Phelps are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

247. John and Anna Price are natural persons residing in and domiciled in Little Rock, Arkansas.

248. John and Anna Price are the legal and rightful owners of a timeshare interest, Membership number 00010425074, in Wyndham Vacation Resorts, Inc.

249. As a result of their ownership interest in Wyndham Vacation Resorts, Inc., John and Anna Price are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

250. Kerry and Joyce Plantenga are natural persons residing in and domiciled in Lafayette, Indiana.

251. Kerry and Joyce Plantenga are the legal and rightful owners of a timeshare interest, Membership number 00203287204, in Wyndham Club Access.

252. As a result of their ownership interest in Wyndham Club Access, Kerry and Joyce Plantenga are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

253. Normand and Catherine Rheaume are natural persons residing in and domiciled in Haverhill, Massachusetts.

254. Normand and Catherine Rheaume are the legal and rightful owners of a timeshare interest, Membership number 00203360650, in Club Wyndham Plus.

255.    As a result of their ownership interest in Club Wyndham Plus, Normand and Catherine Rheaume are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

256.    Fe Lyndie and May Sarno is a natural person residing in and domiciled in West Haven, Connecticut.

257.    Fe Lyndie and May Sarno is the legal and rightful owner of a timeshare interest, Membership number 00203325465, in Wyndham Vacation Resorts, Inc.

258.    As a result of her ownership interest in Wyndham Vacation Resorts, Inc., Fe Lyndie and May Sarno is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

259.    Larry South and Jeanne Shawhan are natural persons residing in and domiciled in Annapolis, Maryland.

260.    Larry South and Jeanne Shawhan are the legal and rightful owners of a timeshare interest, Membership number 00201804231, in Wyndham Bonnet Creek Resort.

261.    As a result of their ownership interest in Wyndham Bonnet Creek Resort, Larry South and Jeanne Shawhan are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

262.    Craig Smith is a natural person residing in and domiciled in Calabash, North Carolina.

263.    Craig Smith is the legal and rightful owners of a timeshare interest, Membership number 000281804401, in Club Wyndham Ocean Boulevard.

264.    As a result of his ownership interest in Club Wyndham Ocean Boulevard, Craig Smith is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

265.    Ronald and Judy Romero are natural persons residing in and domiciled in New Iberia, Louisiana.

266.    Ronald and Judy Romero are the legal and rightful owners of a timeshare interest, Membership number 00203528125, in WorldMark.

267.    As a result of their ownership interest in WorldMark, Ronald and Judy Romero are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

268.    Delford and Mary Ralphs are natural persons residing in and domiciled in Rockland, Idaho.

269.    Delford and Mary Ralphs are the legal and rightful owners of a timeshare interest, Membership number 00001012857, in WorldMark.

270.    As a result of their ownership interest in WorldMark, Delford and Mary Ralphs are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

271.    Charlie and Penelope Roundtree are natural persons residing in and domiciled in Grand Junction, Colorado.

272.    Charlie and Penelope Roundtree are the legal and rightful owners of a timeshare interest, Membership number 00202883977, in Club Wyndham Branson at The Meadows.

273.    As a result of their ownership interest in Club Wyndham Branson at The Meadows, Charlie and Penelope Roundtree are qualified beneficiaries of the Second Amended and

Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

274.    William and Sandra Tams are natural persons residing in and domiciled in Mount Laurel Township, New Jersey.

275.    William and Sandra Tams are the legal and rightful owners of a timeshare interest, Membership number 00201967932, in Wyndham Club Access.

276.    As a result of their ownership interest in Wyndham Club Access, William and Sandra Tams are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

277.    Jerry and Rebecca Thomas are natural persons residing in and domiciled in Lena, Mississippi.

278.    Jerry and Rebecca Thomas are the legal and rightful owners of a timeshare interest, Membership number 00201374694, in Wyndham Vacation Resorts, Inc.

279.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Jerry and Rebecca Thomas are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

280.    Richard and Kereen Stoll are natural persons residing in and domiciled in Las Vegas, Nevada.

281.    Richard and Kereen Stoll are the legal and rightful owners of a timeshare interest, Membership number CACA06931600, in Shell Vacation Club.

282.     As a result of their ownership interest in Shell Vacation Club, Richard and Kereen Stoll are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

283.     Judy Steele is a natural person residing in and domiciled in North Myrle Beach, South Carolina.

284.     Judy Steele is the legal and rightful owner of a timeshare interest, Membership number 1038558, in Wyndham Vacation Resorts, Inc.

285.     As a result of her ownership interest in Wyndham Vacation Resorts, Inc., Judy Steele is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

286.     Teresa Strickland is a natural person residing in and domiciled in Fayetteville, Georgia.

287.     Teresa Strickland is the legal and rightful owner of a timeshare interest, Membership number 00010229715, in Wyndham Vacation Resorts, Inc.

288.     As a result of her ownership interest in Wyndham Vacation Resorts, Inc., Teresa Strickland is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

289.     Huntley and Yvonne Wallace are natural persons residing in and domiciled in Mount Holly, New Jersey.

290.     Huntley and Yvonne Wallace are the legal and rightful owners of a timeshare interest, Membership number 00201637332, in Wyndham Vacation Resorts, Inc.

291.     As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Huntley and Yvonne Wallace are qualified beneficiaries of the Second Amended and Restated

Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

292.   Jimmie and Bettey Traylor are natural persons residing in and domiciled in Vacaville, California.

293.   Jimmie and Bettey Traylor are the legal and rightful owners of a timeshare interest, Membership number 00011002838, in WorldMark.

294.   As a result of their ownership interest in WorldMark, Jimmie and Bettey Traylor are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

295.   Rick and Debra Troutman are natural persons residing in and domiciled in Lynchburg, Virginia.

296.   Rick and Debra Troutman are the legal and rightful owners of a timeshare interest, Membership number 00201486462, in Club Wyndham Ocean Boulevard.

297.   As a result of their ownership interest in Club Wyndham Ocean Boulevard, Rick and Debra Troutman are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

298.   Marlene Tucker is a natural person residing in and domiciled in Woodland Hills, California.

299.   Marlene Tucker is the legal and rightful owner of a timeshare interest, Membership number 0020965476, in WorldMark, The Club.

300.   As a result of her ownership interest in WorldMark, The Club, Marlene Tucker is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

301.    Kent and Rhonda Willis are natural persons residing in and domiciled in Claremore, Oklahoma.

302.    Kent and Rhonda Willis are the legal and rightful owners of a timeshare interest, Membership number 000891400400, in WorldMark, The Club.

303.    As a result of their ownership interest in WorldMark, The Club. Kent and Rhonda Willis are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

304.    Carl and Lillian Wilson are natural persons residing in and domiciled in Carson City, Nevada.

305.    Carl and Lillian Wilson are the legal and rightful owners of a timeshare interest, Membership number 00201608543, in WorldMark.

306.    As a result of their ownership interest in WorldMark, Carl and Lillian Wilson are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

307.    Arthur Willock is a natural person residing in and domiciled in Brooksville, Florida.

308.    Arthur Willock is the legal and rightful owner of a timeshare interest, Membership number 00201987492, in Club Wyndham Access.

309.    As a result of his ownership interest in Club Wyndham Access, Arthur Willock is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

310.    Beatrice and Edith Yasui are natural persons residing in and domiciled in Rialto, California.

311.    Beatrice and Edith Yasui are the legal and rightful owners of a timeshare interest, Membership number 14-1363, in Wyndham Vacation Resorts, Inc.

312.    As a result of their ownership interest in Wyndham Vacation Resorts, Inc., Beatrice and Edith Yasui are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

313.    Mary Wood is a natural person residing in and domiciled in Trussville, Alabama.

314.    Mary Wood is the legal and rightful owner of a timeshare interest, Membership number 002911711430, in Wyndham Smoky Mountains.

315.    As a result of her ownership interest in Wyndham Smoky Mountains, Mary Wood is a qualified beneficiary of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

316.    James and Mary Kaye Williams are natural persons residing in and domiciled in Mequon, Wisconsin.

317.    James and Mary Kaye Williams are the legal and rightful owners of a timeshare interest, Membership number 132971601G, in Wyndham Smoky Mountains.

318.    As a result of their ownership interest in Wyndham Smoky Mountains, James and Mary Kaye Williams are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

319.    Michael and Karen Batz are natural persons residing in and domiciled in Florissant, Missouri.

320.    Michael and Karen Batz are the legal and rightful owners of a timeshare interest, Membership number 00201855518, in Club Wyndham Access.

321.    As a result of their ownership interest in Club Wyndham Access, Michael and Karen Batz are qualified beneficiaries of the Second Amended and Restated Fairshare Vacation Plus Vacation Plan Use Management Trust Agreement dated March 14, 2008.

**Parties to this Action:**

**Respondents**

322.    Trustee Terri Dost, upon information and belief, is currently operating as the Trustee of the Fairshare Vacation Plan Use Management Trust, with the said Trust maintaining its primary place of business in Little Rock, Arkansas, but takes notice of litigation at 8427 South Park Circle, Orlando, Florida.

323.    Wyndham Vacation Resorts, Inc., upon information and belief, is a duly organized Delaware corporation, and maintains its primary place of business operations at 8427 South Park Circle, Orlando, Florida.

**The Trust Document and Management Agreement**

324.    On March 13, 2008, Wyndham Vacation Resorts, Inc. (hereinafter "Wyndham ") on behalf of itself, and "subsidiaries and affiliates of Wyndham Vacation Resorts, Inc." established with Fairshare Vacation Owners Association, executed the Second

Amended and Restated Fairshare Vacation Plan Use Management Trust Agreement (hereinafter "Trust Agreement").  (See Exhibit A, page 1, 1st paragraph).

325.    "The purpose of the Trust shall be to secure for the Beneficiaries their respective rights and interests as set forth in this Trust Agreement and in the Purchase Agreements and/or Assignment Agreements executed by the Members."  (See Exhibit A page 4, Section 2.03).

326.    The Trust Agreement made legal and rightful owners of Wyndham timeshare interest beneficiaries of the Fairshare Vacation Plan Use Management Trust (hereinafter the "Trust").   See Exhibit A, page 2, last paragraph wherein "Member" is defined as a "holder of a right to occupy an Accommodation as a consequence of such holder having his Property Interests (or Use Rights therein) subjected to this Trust Agreement …"

327.    "Use Rights" shall mean those rights a Member has to use, occupy and/or possess a Vacation Unit as a consequence of the ownership of a Property Interest in a Vacation Plan which includes that Vacation Unit."  (See Exhibit A, page 4, 3rd paragraph).

328.    Pursuant to the Trust Agreement, the Trustee was "to develop, or contract with a third party to provide, a reservation system to enable Members to reserve the use of the Trust Properties …"   (See Exhibit A, page 1, 6th paragraph).

329.    Pursuant to Article VI, Section 6.01 (d), which enumerates the "Duties and Obligations of the Trustee" the "Trustee shall cause the Plan Manager to maintain information necessary to enable reports covering the following information to be prepared from time to time: (1) the inventory of the Trust Properties and the cumulative number of Points represented by the Trust Properties: (2) the cumulative number of

Points allocated to Property Interests / Use Rights; and (3) all financial transactions, if any, of the Trust." (See Exhibit A, page 8, Section 6.01(d)).

330.    Pursuant to Article VI, Section 6.02, "The Trustee may delegate any or all of its duties under this Article VI or any other Article of this Trust Agreement to the Plan Manager." (See Exhibit A, page 9, Section 6.02).

331.    Pursuant to Article VI, Section 6.03, "The initial Plan Manager shall be Wyndham, its successors or assigns." (See Exhibit A, page 9, Section 6.03).

332.    Pursuant to Article VI, Section 6.04, "The Plan Manager shall operate the Plan pursuant to this Trust Agreement, the Management Agreement between Plan Manager and the Trustee and all other agreements entered into between either the Trustee or the Plan Manager …" (See Exhibit A, page 9, Section 6.03).

333.    Upon information and belief, the operative Management Agreement as set forth in the Trust Agreement in Article VI, Section 6.04 and Wyndham is the Management Agreement herewith attached as Exhibit D.

334.    Upon information and belief, Wyndham succeeded Fairfield Communities, Inc. as the "Manager" and has at all times relevant to this Complaint been the operating "Manager" under this Management Agreement.

335.    The Management Agreement was initially executed on January 1, 1996 and continues to automatically renew for successive five (5) year terms, unless the Trustee terminates the Management Agreement in writing six months before the end of any calendar year. (See Exhibit D page 1, Section 4.2).

336.    Pursuant to Section 5.1, the "Manager shall provide or cause to be provided all services and personnel required to administer the affairs of the Trust and to manage

and operate the Trust Property as contemplated by the Trust Agreement, at all times not inconsistent with the Trust Agreement, …"  (See Exhibit D, page 2, Section 5.1).

337.    Pursuant to Section 5.2 (e), the "Manager shall establish and operate the Reservation System implementing procedure set forth in the Trust Agreement and the Rules."  (See Exhibit D, page 3, Section 5.2 (e)).

338.    Pursuant to Section 5.3 (a), the "Manager shall prepare and submit to the Trustee for approval, not less than forty-five (45) days prior to the end of each succeeding Fiscal Year, a budget of the anticipated income, expenses and reserves for the next calendar year, in accordance with the Trust Agreement: …"  (See Exhibit D, page 3, Section 5.3 (a)).

339.    Pursuant to Section 5.3 (h), the "Manager shall annually provide a full and complete accounting of the past fiscal year's expenditures to each Member."  (See Exhibit D page 4, Section 5.3 (h)).

340.    Pursuant to Section 5.3 (l), the "Manager shall maintain a record of the names of all Members and the cumulative number of Points allocated to the Trust Property."  (See Exhibit D page 4, Section 5.3 (l)).

341.    Pursuant to Section 6.1, the "Manager shall receive a monthly compensation equal to one-twelfth (1/12th) of five percent (5%) of the Program Fees, special and other assessments (other than POA Fees) collected from Members in connection with the operation of the Trust."  (See Exhibit D page 5, Section 6.1).

342.    Pursuant to Section 6.2 (a), "The Trust shall be responsible for and pay or reimburse Manager for all costs and expenses (including without limitation, a reasonable profit at the prevailing market rate) arising from: (i) the operation and maintenance of

Manager's reservation system as used by Members in excess of amounts received by Manager through fees charges for use of the reservation system; (ii) ownership and management of the Trust Property, … (iii) services applied directly to Trust purposes and solely for the benefit of the Trust, such as maid and cleaning, telephone, postage, messenger and delivery, photocopying, and printing; (iv) rent and utilities for offices used solely for Trust business; (v) supplies and equipment used solely for Trust business, including lease or rent payments therefor; (vi) Trust employees or independent contractors for services rendered exclusively to the Trust; (vii) insurance for the Trust and Trust employees as required by the Trust Agreement; (viii) such other services as the Manager may from time to time render; (ix) salaries, bonuses and benefits of employees of Manager that perform services for the Trust; (x) Manager's participation, on the Trust's behalf, in the affairs of any POA; (xi) the operation and management of the Trust, including, but not limited to, the Trustee's fee and expenses described in the Trust Agreement; and (xii) such other goods or services related to the Trust as may be necessary and reasonable in the opinion of the Manager."  (See Exhibit D pages 5 and 6, Section 6.2(a)).

343.    Unless extended by the vote of the Members, then pursuant to Article V, Section 5.01, "[T]he Trust, and this Trust Agreement shall terminate on December 31, 2025." (See the Trust Agreement, Exhibit A, page 6, Section 5.1, and page 16, Section 14.09).

### Jurisdiction and Venue

344.    Subject matter jurisdiction is proper in this Court pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d). The federal Class Action Fairness Act (CAFA) provides for federal jurisdiction over a "mass action." 28 U.S.C. § 1332(d)(11)(A).

345.    This cause is a 'mass action' as it is a "civil action ... in which monetary relief claims of 100 or more persons are proposed to be tried jointly on the ground that the plaintiffs' claims involve common questions of law or fact[.]" Id. at § 1332(d)(11)(B)(i).

346.    Between Petitioners and Respondents there exists at least "minimal diversity" as "any member of a class of plaintiffs is a citizen of a State different from any defendant." §§ 1332(d)(2)(A), (d)(11)(A).

347.    The aggregate amount in controversy as to all Plaintiffs' claims exceed $5 million. §§ 1332(d)(2), (d)(6), (d)(11)(A).

348.    At least three Plaintiffs have claims that satisfy the $75,000 individual amount in controversy requirement 28 U.S.C. §§ 1332(a), (d)(11)(B(i).

349.    This Court has both general and specific personal jurisdiction over Defendants, including under Missouri's Long Arm Statute, V.A.M.S. § 506.500, et seq., because Defendants have continuous and systematic general business contacts in Missouri.

350.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the instant claims occurred within the District.

### Count I: Action for an Accounting from the Trustee and the Plan Manager

351.    Petitioners incorporate by reference paragraphs 1 through 350 as if fully set forth and alleged in this paragraph 351.

352.    To date, the Petitioners, have not received from Plan Manager Wyndham the "full and complete accounting" for the expenditures for the last five fiscal years as mandated in Section 5.3 (h) of the Management Agreement.

353.    To date, the Petitioners have not received from the Trustee the reports that are due the Members "from time to time" detailing; "(1) the inventory of the Trust Properties and the cumulative number of Points represented by the Trust Properties: (2) the cumulative number of Points allocated to Property Interests / Use Rights; and (3) all financial transactions, if any, of the Trust," as mandated in the Section 6.01(d) of the Trust Agreement.

354.    These reports are necessary for the Petitioners to evaluate the performance, honesty, and integrity of the Trustee and the Plan Manager, and protect the beneficiary's interests.

355.    Petitioners request the Court order the Trustee to produce to all Petitioners the mandated report within sixty days.

356.    Petitioners request the Court order Plan Manager Wyndham to produce to all Petitioners the mandated "full and complete" accounting for the past five years within sixty days.

**WHEREFORE,** Petitioners pray this Court order Trustee Terri Dost to produce to all Petitioners the Section 6.01(d) report within sixty days, and further order Plan Manager Wyndham to produce to all Petitioners a full and complete Section 5.3 (h) accounting within sixty days, and for such other and further relief in the premises as the Court deems just and proper.

### Count II: Action Against the Trustee and the Plan Manager for
### Failing to Operate the Reservation System as Set Forth in the Trust Agreement

357.    Petitioners incorporate by reference paragraphs 1 through 356 as if fully set forth and alleged in this paragraph 357.

358.    The Trust mandates that the Trustee develop, or contract with a third party to provide, "a reservation system to enable Members to reserve use of the Trust Properties." (See Exhibit A, page 1, paragraph 6).

359.    The Trust has purportedly contracted with and thereby delegated their duty to develop a reservation system to enable Members to reserve use of the Trust Properties to the Plan Manager Wyndham under the Management Agreement.

360.    Plan Manager Wyndham accepted that delegation in the Management Agreement and agreed that Plan Manager Wyndham "shall establish and operate the Reservation System implementing the reservation procedure set forth in the Trust Agreement …"

361.    Therefore, Plan Manager Wyndham's Reservation System must operate the Reservation System in accordance with the Trust Agreement.

362.    However, the Reservation System does not operate in accordance with the Trust Agreement.

363.    The Trust Agreement set forth in Article XI a very specific system for how "a reservation system" that would "enable Members to reserve use of the Trust Properties" was to be developed and operated.

364.    The Reservation System that Plan Manager Wyndham has developed and operates is not in compliance or accordance with Article XI of the Trust Agreement.

365.    Plan Manager Wyndham's Reservation System violates Sections 11.01, 11.02, 11.03, 11.04, 11.05, 11.06, 11.08 and 11.11 of Article XI of the Trust Agreement.

366.    Plan Manager Wyndham's violations have caused the Petitioners to not be able to reserve and use the Trust Properties.

367.    The Trustee has failed to enforce Plan Manager Wyndham's duty to operate the Reservation System in compliance and accordance with Article XI of the Trust Agreement.

368.    Plan Manager Wyndham's failure to develop and operate a Reservation System in compliance and accordance with Article XI of the Trust Agreement, and the Trustee's failure to enforce Article XI against Plan Manager Wyndham,  has directly resulted in the Petitioners not being able to reserve use of the Trust Properties in accordance with the Trust Agreement.

369.    That monetary value of that loss use of Trust Properties to the Petitioners is greater that $5,000,000.

**WHEREFORE,** Petitioners pray this Court order Trustee Terri Dost and Plan Manager Wyndham to develop and operate a Reservation System in compliance with Article XI of the Trust Agreement, and to pay to Petitioners a fair and adequate sum greater than $5,000,000.00 to compensate the Petitioners' for their loss use of Trust Properties, and to award Petitioners their attorneys' fees and expenses for bringing this action, and for such other and further relief in the premises as the Court deems just and proper.

### Count III: Action Against the Trustee and the Plan Manager for Failing to Operate the Trust Properties within Reasonable Cost and Reasonable Profit Margins at Prevailing Market Rates

370.    Petitioners incorporate by reference paragraphs 1 through 369 as if fully set forth and alleged in this paragraph 370.

371.    The Trustee has a duty to the beneficiaries to operate the Trust Properties in a cost-effective, business like, and efficient manner.

372.    The Trust has purportedly contracted with and thereby delegated the Trust's duty to operate the Trust Properties in a cost-effective, business like, and efficient manner to Plan Manager Wyndham under the Management Agreement.

373.    The Trust agreed to pay Plan Manager Wyndham "a monthly compensation equal to one-twelfth (1/12th) of five percent (5%) of the Program Fees, special and other assessments (other than POA Fees) collected from Members in connection with the operation of the Trust."  (See Exhibit D page 5, Section 6.1).

374.   The Trust also agreed on top of the five percent (5%) annual fee to pay all of the expenses plus a reasonable profit to the Plan Manager Wyndham on those expenses.

375.   The Management Agreement states in Section 6.2 (a), "The Trust shall be responsible for and pay or reimburse Manager for all costs and expenses (including without limitation, a reasonable profit at the prevailing market rate) arising from: (i) the operation and maintenance of Manager's reservation system as used by Members in excess of amounts received by Manager through fees charges for use of the reservation system; (ii) ownership and management of the Trust Property, … (iii) services applied directly to Trust purposes and solely for the benefit of the Trust, such as maid and cleaning, telephone, postage, messenger and delivery, photocopying, and printing; (iv) rent and utilities for offices used solely for Trust business; (v) supplies and equipment used solely for Trust business, including lease or rent payments therefor; (vi) Trust employees or independent contractors for services rendered exclusively to the Trust; (vii) insurance for the Trust and Trust employees as required by the Trust Agreement; (viii) such other services as the Manager may from time to time render; (ix) salaries, bonuses and benefits of employees of Manager that perform services for the Trust; (x) Manager's participation, on the Trust's behalf, in the affairs of any POA; (xi) the operation and management of the Trust, including, but not limited to, the Trustee's fee and expenses described in the Trust Agreement; and (xii) such other goods or services related to the Trust as may be necessary and reasonable in the opinion of the Manager." (See Exhibit D pages 5 and 6, Section 6.2(a)).

376.   Plan Manager Wyndham accepted the duty to the beneficiaries to operate the Trust Properties in a cost-effective, business like, and efficient manner.

377.    Plan Manager Wyndham also accepted the responsibility to make payment to itself and reimburse itself directly from the deposit account of the Trust.

378.    The Management Agreement states the, "Manager is hereby authorized to pay itself the Management Fee, reimbursements, and authorized expenses, out of the deposit accounts of the Trust."

379.    This arrangement, whereby Plan Manager Wyndham is paid a flat fee of 5% "of the Program Fees, special and other assessments (other than POA Fees) collected from Members," and then pass along all the costs for operating the Trust Properties at full reimbursement plus a "reasonable profit at the prevailing market rate," has been abused and misused by Plan Manager Wyndham to the degree that the costs of operating the Trust Properties is beyond the market's prevailing reasonable costs and reasonable profit margins.

380.    This arrangement between the Trustee and the Plan Manager Wyndham allows for zero degree of separation between the profit seeking Plan Manager Wyndham and the cost paying beneficiaries, and is a violation of the Trustees duty to protect the beneficiaries from unreasonable escalating operating cost.

381.    This arrangement is a violation of the Trustee's duty to oversee and control the cost of operating the Trust Properties.

382.    This arrangement is a violation of the Trustee's duty to operate the Trust Properties at prevailing market rates and costs.

383.    This arrangement is an inherent conflict of interest for Plan Manager Wyndham who makes more and more money as the cost budgets for operating the Trust Properties

rise, while the beneficiaries suffer ever continually rising fees associated with operating the Trust Properties.

384. This arrangement denies the beneficiaries the benefits of competitive bidding to counter the escalating costs of operating the Trust Properties.

385. This arrangement encourages Plan Manager Wyndham to let costs rise because Plan Manager Wyndham achieves greater profits as the 5% management fee rises on ever increasing budgets and all costs are passed on to the beneficiaries to pay.

386. Upon information and belief, Plan Manager Wyndham continually and habitually adds unreasonable profit to costs at greater than prevailing market rates and reimburses themselves from the "deposit account of the Trust."

387. Upon information and belief, the Trust knows of this abuse by Plan Manager Wyndham but does nothing to stop the abuse.

388. The failure of the Trustee and Plan Manager Wyndham to operate the Trust Properties within reasonable costs at prevailing market rates, and within reasonable profits margins at prevailing market rates, has directly resulted in the Petitioners paying costs to operate the Trust Properties at higher than prevailing market rates.

389. The monetary value of the operating costs paid by the Petitioners greater than the prevailing market rates is greater than $5,000,000.

**WHEREFORE,** Petitioners pray this Court order Trustee Terri Dost and Plan Manager Wyndham to operate the Trust Properties within reasonable costs at prevailing market rates, and within reasonable profits margins at prevailing market rates, and to pay to Petitioners a fair and adequate sum greater than $5,000,000.00 to compensate the Petitioners' for the

excessive operating costs and excessive profit margins that Plan Manager Wyndham has reimbursed to itself from the deposit accounts of the Trust for the allowable period of time, and to award Petitioners their attorneys' fees and expenses for bringing this action, and for such other and further relief in the premises as the Court deems just and proper.

Respectfully submitted,

The Law Firm of Michael T. George, P.C.

**/s/ Michael T. George**

Michael T. George, #51800MO
3636 S. Geyer Rd., Suite 100
St. Louis, MO 63127
Phone 314-965-2600
Fax 314-584-2384
mtglaw1@gmail.com

***Attorney for Petitioners***